**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Antonio Demond BYERS, Defendant— Appellant.**

No. 09–7364.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 19, 2010.

Decided: Jan. 27, 2010.

Antonio Demond Byers, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Demond Byers appeals the district court's order denying his motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find the district court did not abuse its discretion in denying the motion. *See United States v. Goines,* 357 F.3d 469, 478 (4th Cir.2004) (motion under § 3582(c) "is subject to the discretion of the district court"); *United States v. Legree,* 205 F.3d 724, 727 (4th Cir.2000). Thus, we affirm the district court's order for the reasons stated there. *See United States v. Byers,* No. 3:01–cr–00002–FDW–3 (W.D.N.C. July 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*